UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFERY JACKSON,

    Plaintiff,

v.

                         Case No. 1:25-cv-186

                         HONORABLE PAUL L. MALONEY

U.S. DEPARTMENT OF TREASURY, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit by filing his complaint on February 18, 2025.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on March 13, 2025, recommending that this Court dismiss the complaint for lack of subject matter jurisdiction. The Report and Recommendation was duly served on the parties.  No objections have been filed. *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 6) is APPROVED and ADOPTED as the Opinion of the Court and the complaint (ECF No. 1) is DISMISSED for the reasons stated in the Report and Recommendation..

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.

Dated:  April 4, 2025                                             /s/  Paul L. Maloney
                                                                            Paul L. Maloney
                                                                            United States District Judge